Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Central District of California
### _____CENTRAL_____ Division

| | |
|---|---|
| Marquita Hagins et al.<br>"In Propia Personam" ) | Case No. SACV24-1214-<br>*(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) | Jury Trial: *(check one)* ✓ Yes ☐ No |
| -v- ) | |
| SHANNON MITCHELL et al. ) | FILED<br>CLERK, U.S. DISTRICT COURT<br>JUN - 4 2024<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___ DEPUTY |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marquita Hagins |
| Street Address | 222 Trailing Oak Trail |
| City and County | Clayton, Johnston |
| State and Zip Code | North Carolina 27527 |
| Telephone Number | 919-928-2059 |
| E-mail Address | |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | SHANNON MITCHELL et al. |
| Job or Title *(if known)* | MORTGAGE SERVICES REPRESENTATIVE |
| Street Address | 1600 South Douglas Road Suite 110 & 200-A |
| City and County | Anahiem |
| State and Zip Code | CALIFORNIA 92806 |
| Telephone Number | 1-800-561-4567 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | CARRINGTON MORTGAGE SERVICES LLC |
| Job or Title *(if known)* | MORTGAGE SERVICES |
| Street Address | 1600 South Douglas Road Suite 110 & 200-A |
| City and County | ANAHIEM, ORANGE |
| State and Zip Code | CALIFORNIA 92806 |
| Telephone Number | 1-800-561-4567 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* CARRINGTON MORTGAGE SERVICES, is incorporated under the laws of the State of *(name)* CALIFORNIA, and has its principal place of business in the State of *(name)* CALIFORNIA.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Marquita Hagins, have sufficient proof(s) to believe that CARRINGTON MORTGAGE SERVICES LLC. has used My Cestui que vie Trust association in a fraudulent conveyance of mortgage deed, absent a VALID CONTRACT and indeed has also utilized My Trust illegally: absent a SSA-89, which constitutes COMMERCIAL FRAUD via illegal contract. I have NOT given express consent for the mortgage company to SELL any DEBT on My behalf, thus constituting a misrepresentation. They have not honored multiple correspondences concerning Debt Validation per Fair Debt collection Practices Act. Using My trust (ending in 1866); which is a violation of Federal Law per non response (see attached).

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Per the Provision of USC 15 ss. 1 I would like the sum total of $15,000.000.00 on behalf of CARRINGTON MORTGAGE SERVICES LLC. for Violation of Federal Law concerning Commercial Fraudulent practices. As per violation for Shannon Mitchell 1,000,000.00 for her interference in My commercial affairs, involving the loan #4001054483 per document preparation and self enrichment. Damages of $20, 234.000 and 49 cents ($20,234.49) per the fraudulent conveyance per self enrichment per all parties involved. A declaratory judgment that all parties are indeed violating consumer law and are indeed violating provisions of federal Law.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/29/2024

Signature of Plaintiff *[signature]*
Printed Name of Plaintiff   MARQUITA HAGINS : "In Propia Personam"

### B. For Attorneys

Date of signing: 05/29/2024

Signature of Attorney
Printed Name of Attorney   KEITH L. FERGUSON: 'Authorized Representative" UCC 1-308
Bar Number   N/A
Name of Law Firm
Street Address   19 Roterham Drive
State and Zip Code   North Carolina, [27527]
Telephone Number   6788267928
E-mail Address   luciferianlight7@gmail.com

March 6, 2024

Marquita Hagins
222 Trailing Oak Trl
CLAYTON NC, 27527

CARRINGTON MORTGAGE SERVICES
PO BOX BOX 5001
WESTFIELD, IN 40674

Concerning: Correspondence dated 11/20/2023 USC 1692 FAIR DEBT COLLECTIONS PRACTICES ACT #4090105493

To whom it May concern,

I received correspondence from your LLC, which was a Promissory note, which INDEED is not what I asked for. Please see the attached. I would like to ask you concerning when you sent the promissory Note, to send attachments back to you. However, I have not received the Note on behalf of any ACCOUNTS AND RECEIVABLES.

I would like a RECEIPT of the origins of the Amount in Totality that this LOAN that I was in RECEIPT of the Funds in totality. Failure to provide this I will send you an affidavit to BE SWORN UNDER PENALTY OF PERJURY that I have never received FUNDS RECEIVABLES from on any accounts will result in FEDERAL SUIT for Commercial FRAUD Per FULL DISCLOSURE

I grant a period of 10 business days for a Response!

Thank you for your patronage, Until then, I Am...

Or You may send Me a check for the reference No. above mentioned as I have given an OPPORTUNITY TO CURE IN GOOD FAITH!

PLEASE RETURN THE FORM SIGNED ATTACHED AS I WILL GIVE CONSIDERATION AS TO FURTHURANCE TO THIS MATTER.

FURTHER COLL.ECTION ATTEMPTS WITHOUTH FULL DISCLOSURE MEANS THAT THE CONRACT CANNOT BE ENFORCIBLE BY LAW.

Enclosed is a Creditor Disclosure statement, in which I need returned IN WRITING and signed on behalf of Carrington Mortgage Services LLC.

Failure to comply WILL RESULT IN FEDERAL COURT PROCEEDINGS
Please forward a copy of the CREDITOR DISCLOSURE STATEMENT to Me as addressed. Further notices will be considered harassment!

In DEFAULT of this NOTICE I request herein that a DEED be released to me, the principal "concerning" this commercial matter

This correspondence is written in accordance of the FAIR DEBT COLLECTION PRACTICES ACT 1692;1694 et seq.

Thank you for your Patronage. Until then, I Remain!

_Marquita Hagins_
Marquita Hagins, UCC 1-308
Power of Attorney in Fact with the Autograph

Attached: Creditor Disclosure Statement
Violation Under Color of Law

## CREDITOR DISCLOSURE STATEMENT

Name and address of collector (assignee): _____

_____

Name and address of Debtor: _____

_____

Account Number(s): _____

What are the terms of assignment for this account? You may attach a facsimile of any records relating to such terms.

_____

Have any insurance claims been made by any creditor or assignee regarding this account? Yes / No

Has the purported balance of this account been used in any tax deduction claim? Yes / No

Please list the particular products or services sold by the collector to the debtor and the dollar amount of each:

_____

_____

Upon failure or refusal of collector to validate this collection action, collector agrees to waive all claims against the debtor named herein and pay debtor for all costs and attorney fees involved in defending this action.

X _____           _____
   Authorized signature for collector                        Date

Please return this completed form and attach all assignment or other transfer agreements that would establish your right to collect this debt. Your claim cannot be considered if any portion of this form is not completed and returned with the required documents. This is a request for validation made pursuant to the Fair Debt Collection Practices Act. If you do not respond as required by this law, your claim will not be considered and you may be liable for damages for continued collection efforts. Please allow thirty days for processing after receipt of your request.

